COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-004-CV

JERRY LEWALLEN APPELLANT

V.

DIPERT TRAVEL, INC. APPELLEE

----------

FROM THE 342
ND
 
DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Joint Motion To Dismiss.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM 

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED: May 8, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.